RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Julian Jose Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JULIAN JOSE GARCIA,<br>aka "WOODY,"<br><br>        Defendant. | Case No. 2:25-mj-00800-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Sigal Chattah, First Assistant United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Julian Jose Garcia, that the Preliminary Hearing currently scheduled on November 26, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than two weeks.

      This Stipulation is entered into for the following reasons:

      1.    Mr. Garcia has indicated that he intends to retain private counsel and requires additional time to make those arrangements.

2. Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing of good cause taking into account the public interest in the prompt disposition of criminal cases. Because retained counsel will require time to adequately review the case prior to the preliminary hearing, good cause exists to extend the time limits in Rule 5.1(c).

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the preliminary hearing.

DATED this 18th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JULIAN JOSE GARCIA,<br>aka "WOODY,"<br><br>       Defendant. | Case No. 2:25-mj-00800-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for November 26, 2025 be vacated and continued to **December 10, 2025, at 4:00 p.m.**

DATED this 19th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE